# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D18-5057

———————————————

PATRICE KERR,

Petitioner,

v.

STATE OF FLORIDA, et al.,

Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

March 29, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Patrice Kerr, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.